UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

.www.flsb.uscourts.gov

In re:                                    Case No.    16-25365-BKC-AJC
                                          Chapter     13

Neville M. Walters

_____ /

Expedited

**DEBTOR'S MOTION TO REINSTATE CHAPTER 13 CASE AND FOR
WAIVER OF APPLICATION OF LOCAL RULE 9013-1(E)**

Request is made for an expedited hearing on the next chapter 13
calendar on 1/31/17 to avoid delay in the progress of the case

The above-styled debtor, (the "Debtor") by undersigned counsel files this motion (the "Motion") for entry of an order reinstating this case and waiving application of the Local Rule 9013-1(E). In support of this Motion, the Debtor states as follows:

1. This case was filed on November 16, 2016.

2. The Debtor has arranged for an income deduction order to be in place to pay his monthly chapter 13 plan payment.

3. The total of $4,615.36 has been deducted, leaving a shortage of $431.76 to cover the first two months of the plan. A further wage deduction is to be made on the coming Monday.

4. Debtor submit good cause exist to request waiver of application of Local Rule 9013-1(E) to allow filing of this motion.

5. Good cause exists for the entry of an order granting the Motion.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order (i)

granting the Motion and (ii) granting the Debtor such other legal and equitable relief to which he is justly entitled.

JORDAN E. BUBLICK, P.A.

/s/ Jordan E. Bublick
Jordan E. Bublick (Fla. Bar No. 381624)
1801 N.E. 123rd St., Suite 314
P.O. Box 545941
Miami, FL 33154
Telephone: (305) 891-4055
Fax: (305) 503-7231
Email: jbublick@bublicklaw.com

*Attorney for the Debtor(s)*